UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL DAIRY FOODS ASSOCIATION <br><br> and <br><br> ORGANIC TRADE ASSOCIATION <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT J. BOGGS <br>(solely in his official capacity as Ohio Director of Agriculture) <br><br> Defendant. | CASE NO.: 2:08-CV-628, 629 <br><br> Judge: Graham <br><br> ORAL ARGUMENT REQUESTED |

**IDFA SUPPLEMENTAL APPENDIX IN SUPPORT OF SUMMARY JUDGMENT**

| **Document** | **App.II** |
|---|---|
| 1. Rules and Regulations of U.S. Dept. of Health and Human Services | 0478 |
| 2. Declaration of Patricia Lovera | 0483 |
| 3. Declaration of Paula Perry | 0487 |
| 4. Declaration of Dianne Flynn | 0489 |
| 5. Declaration of Jill P. Page | 0491 |
| 6. Declaration of Tom Skeese | 0493 |
| 7. Declaration of Ann Hiner | 0495 |
| 8. Declaration of Polly Peterson Stout | 0497 |
| 9. Declaration of Arthur Kettner | 0501 |
| 10. Declaration of Heather Whitehead | 0504 |
| 11. Email from Karryn Hart | 0507 |

DC #466883 v1

```
```

12. Email from Meghan Coil — 0508

13. Email from Charles Stevens — 0509

14. Document Request from IDFA to Bill Hopper — 0510

15. Memorandum regarding Dairy Labeling Advisory Committee — 0512

16. Ohio Dairy Labeling Advisory Committee Member List — 0514

17. Monsanto Dairy Business Website Representative Listing — 0515

18. Ohio Dairy Labeling Advisory Committee Member Address List — 0519

19. WhitePages.com Listings for Kurt D. Steiner & Robin L. Steiner — 0520

20. Correspondence Between Monsanto Employees and ODA — 0522

21. Emails from Dairy Farmers Supporting the Ohio Rule — 0545

22. Emails from Non-Ohio Residents Supporting the Ohio Rule — 0553

23. Comments and Public Records of Jesse Armfelt — 0560

24. Comments and Public Records of Patrick J. Haines — 0567

25. Emails from Consumers Supporting the Ohio Rule — 0575

26. JCARR Minutes, April 21, 2008 — 0583

27. Declaration of Michael Krueger & Shamrock Label — 0591

28. Letter to Maine Attorney General — 0593

29. Comments from Dairy Farmers Opposed to the Ohio Rule — 0605

30. Survey of Ohio Consumers — 0609