```
            UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

INTERNATIONAL DAIRY FOODS        Case No. 2:08-CV-628 &
ASSOCIATION,                     Case No. 2:08-CV-629

     and                         JUDGE GRAHAM

ORGANIC TRADE ASSOCIATION,

     Plaintiffs,

  v.

ROBERT J. BOGGS, Director,
Ohio Department of
Agriculture,

     Defendant.

**ORDER TO CONSOLIDATE AND DEFER ENFORCEMENT**

Plaintiffs International Dairy Foods Association and Organic Trade Association, and Defendant Robert J. Boggs, Director of the Ohio Department of Agriculture, have agreed to consolidate Case Nos. 2:08-CV-628 and 2:08-CV-629 respectively, and that Defendant shall not enforce Ohio Administrative Code 901:11-8-01 (Dairy labeling rule) until after final judgment on the merits of the consolidated cases by the Trial Court. Defendant acknowledges that at the status conference on July 11, 2008, Plaintiffs sought a compliance deadline 180 days following the Court's final judgment, and Plaintiffs acknowledge that the Court determined that the

appropriate deadline for compliance would be 90 days following entry of judgment.

NOW, THEREFORE, it is hereby ORDERED as follows:

1.) Case Numbers. 2:08-CV-628 and 2:08-CV-629 are hereby consolidated; and

2.) Defendant Robert J. Boggs, Director of the Ohio Department of Agriculture, shall not enforce Ohio Administrative Code 901:11-8-01 (Dairy labeling rule) until ninety (90) days after final judgment on the merits of the consolidated cases by the Trial Court.  Nothing in this Order shall prohibit any party from requesting an extension of the 90-day deferral period from either the Trial Court or the Sixth Circuit Court of Appeals following final judgment on the merits of the consolidated cases by the Trial Court.

SO ORDERED.

> s/ James L. Graham
> JAMES L. GRAHAM
> United States District Judge

Date: August 4, 2008

> NANCY H. ROGERS
> Attorney General of Ohio

/s/ James R. Patterson

JAMES R. PATTERSON (0024538)
Senior Assistant Attorney General
8995 East Main Street, Legal Dept.
Reynoldsburg, Ohio 43068
614.728.6430
jpatterson@agri.ohio.gov
Trial Attorney for Defendant

/s/ William J. Cole
WILLIAM J. COLE (0067778)
Senior Assistant Attorney General
30 East Broad Street, 26th Floor
Columbus, Ohio 43215
(614) 466-2980
wcole@ag.state.oh.us
Co-Counsel for Defendant


Agreed as to form:

/s/John C. McDonald
JOHN C. MCDONALD (0012190)
Schottenstein Zox & Dunn
250 West Street
Columbus, Ohio 43215
(614) 462-2201
jmcdonald@szd.com
Counsel for Plaintiff International Dairy Foods Association

/s/ Charles M. English
CHARLES M. ENGLISH (*pro hac vice*)
Thelen Reid Brown Raysman & Steiner LLP
701 Eighth Street, NW
Washington, D.C. 20001
(202) 508-4000
Counsel for Plaintiff International Dairy Foods Association

/s/ Michael J. King

MICHAEL J. KING (0072597)
Dinsmore & Shohl LLP
175 S. Third St., 10th Fl.
Columbus, OH 43215

```
(614) 628-6902
michael.king@Dinslaw.com
Counsel for Plaintiff Organic
Trade Association
```

/s/ Randall J. Sunshine

```
RANDALL J. SUNSHINE (pro hac
vice)
Liner Yankelevitz Sunshine &
Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-
3503
(310) 500-3500
Counsel for Plaintiff Organic
Trade Association
```