UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL DAIRY FOODS ASSOCIATION, | : : | |
| | : | Case No. C2 08 628 |
| Plaintiff, | : : | |
| v. | : : | Judge Graham |
| ROBERT J. BOGGS Director, Ohio Department of Agriculture, | : : : : | Magistrate Judge King |
| Defendant. | : | |

_____

| | | |
|---|---|---|
| ORGANIC TRADE ASSOCIATION, | : : | Case No. C2 08 629 |
| Plaintiff, | : : | Judge Graham |
| v. | : : | Magistrate Judge King |
| ROBERT J. BOGGS Director, Ohio Department of Agriculture, | : : : : | |
| Defendant. | : | |

## **AGREED ORDER TO MODIFY BRIEFING SCHEDULE**

Subsequent to entry of the original dispositive motions briefing schedule (Doc. 17 in 08-628, Doc. 14 in case 08-629) and the scheduling of depositions, unavoidable conflicts in the availability of potential witnesses and counsel for the respective parties arose. Plaintiffs International Dairy Foods Association and Organic Trade Association, and Defendant Robert J. Boggs, Director of the Ohio Department of Agriculture, by and through

their undersigned counsel, have therefore agreed to reschedule depositions and to modify the dispositive motions briefing schedule accordingly.

It is agreed by all parties and counsel that Defendants' memorandum in opposition to Plaintiffs' motions for summary judgment should be due on Monday, August 25, 2008; that the deposition of Director Boggs should be scheduled for September 3, 2008; that the deposition of Lewis Jones should be scheduled for September 4, 2008; and that Plaintiffs' reply memoranda should be due on Tuesday, September 16, 2008.

NOW, THEREFORE, it is hereby ORDERED as follows:
- Defendants' memorandum in opposition to Plaintiffs' motions for summary judgment will be due on Monday, August 25, 2008.
- The deposition of Director Boggs will be scheduled for September 3, 2008.
- The deposition of Lewis Jones will be scheduled for September 4, 2008.
- Plaintiffs' reply memoranda will be due on Tuesday, September 16, 2008.

It is so ORDERED.

                                         s/James L. Graham
                                         JAMES L. GRAHAM
                                         United States District Judge

DATE: August 14, 2008

                                         Agreed by:

                             NANCY H. ROGERS
                             Attorney General of Ohio


                           /s/ James R. Patterson

                           JAMES R. PATTERSON (0024538)

Senior Assistant Attorney General
8995 East Main Street, Legal Dept.
Reynoldsburg, Ohio 43068
614.728.6430
jpatterson@agri.ohio.gov
Trial Attorney for Defendant

/s/ William J. Cole

WILLIAM J. COLE (0067778)
Senior Assistant Attorney General
30 East Broad Street, 26th Floor
Columbus, Ohio 43215
(614) 466-2980
wcole@ag.state.oh.us
Co-Counsel for Defendant

/s/John C. McDonald

JOHN C. MCDONALD (0012190)
Schottenstein Zox & Dunn
250 West Street
Columbus, Ohio 43215
(614) 462-2201
jmcdonald@szd.com
Counsel for Plaintiff International
Dairy Foods
Association

/s/ Charles M. English

CHARLES M. ENGLISH (*pro hac vice*)
Thelen Reid Brown Raysman & Steiner LLP
701 Eighth Street, NW
Washington, D.C. 20001
(202) 508-4000
Counsel for Plaintiff International
Dairy Foods Association


/s/ Michael J. King

MICHAEL J. KING (0072597)
Dinsmore & Shohl LLP
175 S. Third St., 10th Fl.
Columbus, OH 43215
(614) 628-6902
michael.king@Dinslaw.com

Counsel for Plaintiff Organic Trade Association

/s/ Randall J. Sunshine

RANDALL J. SUNSHINE (*pro hac vice*)
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
(310) 500-3500
Counsel for Plaintiff Organic Trade Association